IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP DEWAYNE STEWART                                                                    PLAINTIFF

v.                                        Case No. 6:15-cv-06023

RAY HOBBS, Director, Arkansas Department of
Corrections (ADC); and RAYMOND NAYLOR,
Disciplinary Appeal Administrator, ADC                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE. Further, this case is counted a strike under 28 U.S.C. § 1915(g), and the Clerk is DIRECTED to enter a Section 1915(g) strike flag on this case.

IT IS SO ADJUDGED this 26th day of January, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE